UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD K. SCHAEFER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05cv641 SNL |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| EDUCATION; UNITED STATES ) | |
| DEPARTMENT OF HEALTH AND ) | |
| HUMAN SERVICES; UNITED STATES ) | |
| DEPARTMENT OF JUSTICE; and ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Amend (#24). Plaintiff has moved the Court to reconsider its Order of November 9, 2005, which dismissed Plaintiff's complaint because it was barred by a previous injunction and by Defendants' sovereign immunity. Plaintiff claims the Court erred on fourteen grounds. The Court disagrees.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend (#24) be and hereby is **DENIED**.

Dated this 5th day of December, 2005.

_____
UNITED STATES SENIOR DISTRICT JUDGE